# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** § | | |
|     Plaintiff § | | |
| v § | Case No. 5:25-CR-00654 JKP | |
| § | | |
| **JAMIN GODWIN ALI** § | | |
|     Defendant § | | |

## NOTICE OF APPEARANCE OF COUNSEL

Comes now E. G. Morris of the Law Offices of E. G. Morris PC and enters his appearance as counsel for JAMIN GODWIN ALI, Defendant named in the above-referenced action.

Respectfully submitted,

By: /s/ E.G. Morris
    E. G. MORRIS
    State Bar No.: 14477700
    Law Offices of E. G. Morris PC
    505 W. 12th St. Ste. 206
    Austin, Texas 78701
    Office (512) 478-0758
    Fax (877) 497-8347
    Email egm@egmlaw.com

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that a true and correct copy of the above and foregoing has been served on this the 28th day of December, 2025, via electronic mail, to:

Tiffany Alexis Miller
United States Attorney's Office
601 NW Loop 410, Suite 600
San Antonio, TX 78216
210-538-0254
Email: Tiffany.miller2@usdoj.gov

By: /s/ E.G. Morris
    E. G. MORRIS